1292          PRIVATE ACTS, 1961     [Chapter 375

## CHAPTER NO. 375

### SENATE BILL No. 673

#### (By Taliaferro, Cobb, Rickey)

AN ACT to amend an Act entitled: "AN ACT TO CHARTER THE MEMPHIS CITY SCHOOLS," passed January 27, 1869, and all amendments thereto, constituting the charter of the Board of Education of the Memphis City Schools, so as to empower the said Board of Education, with the approval of the Board of Commissioners of the City of Memphis, to dissolve the charter of the Board of Education of the Memphis City Schools.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That an Act entitled: "AN ACT TO CHARTER THE MEMPHIS CITY SCHOOLS," passed January 27, 1869, and all amendments thereto, constituting the charter of the Board of Education of the Memphis City Schools, be and they are hereby amended so as to authorize the Board of Education of the Memphis City Schools to dissolve the charter of the Memphis City Schools and to surrender the same to the Secretary of State, at such time as the said Board of Education shall determine by resolution that such action is desirable, all of which shall be subject to the approval, by resolution, of the Board of Commissioners of the City of Memphis.

SECTION 2. *Be it further enacted,* That all laws or parts of laws in conflict with this Act be and the same are hereby repealed.

SECTION 3. *Be it further enacted,* That this Act shall become effective when the same shall have been approved by a vote of not less than two-thirds of the members of the Board of Commissioners of the City of Memphis within sixty (60) days after the sine

EXHIBIT
2

Chapter 375]    PRIVATE ACTS, 1961        1293

die adjournment at the regular session of the General Assembly of the State of Tennessee for the year 1961, the public welfare requiring that this Act become effective when so approved, and not before such approval.

The approval or non-approval of this Act by said Board of Commissioners of the City of Memphis shall be certified by the Mayor of the City of Memphis to the Secretary of State.

Passed: March 16, 1961.

WM. D. BAIRD,
*Speaker of the Senate.*

JAMES L. BOMAR,
*Speaker of the House of Representatives.*

Approved: March 17, 1961.

BUFORD ELLINGTON,
*Governor.*

This is to certify that according to the official records on file in this office, House Number 673, which is Chapter Number 375 of the Private Acts of 1961, was properly ratified and approved and is therefore operative and in effect in accordance with its provisions.

JOE C. CARR,
*Secretary of State.*