```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

```
BOARD OF EDUCATION OF SHELBY      )
COUNTY, TENNESSEE, et al.,        )
                                  )
                                  )
     Plaintiffs,                  )
                                  )
v.                                )   No. 11-2101
                                  )
MEMPHIS CITY BOARD OF             )
EDUCATION, et al.,                )
                                  )
                                  )
     Defendants.                  )
```

## ORDER

At the request of the parties, the deadline for court-ordered mediation is extended to May 3, 2011. The Honorable Joe G. Riley will serve as mediator. All other deadlines remain in effect.

So ordered this 20th day of April, 2011.

```
                              s/ Samuel H. Mays, Jr.
                              SAMUEL H. MAYS, JR
                              UNITED STATES DISTRICT JUDGE
```