```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| BOARD OF EDUCATION OF SHELBY COUNTY, TENNESSEE, et al., | ) ) ) |
|    Plaintiff/Counter-Defendant, | ) ) ) |
| v. | )   No. 11-2101 ) |
| MEMPHIS CITY BOARD OF EDUCATION, et al., | ) ) ) |
|    Defendants. | ) |

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF SHELBY COUNTY, TENNESSEE, | ) ) ) ) |
|    Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| ROBERT E. COOPER, JR., et al., | ) ) ) |
|    Third-Party Defendants. | ) |

### ORDER GRANTING MOTION TO INTERVENE

Before the Court is the City of Germantown, Town of Collierville, City of Bartlett, and City of Lakeland's (collectively, the "Municipalities") July 9, 2012 motion to intervene under Rule 24 of the Federal Rules of Civil Procedure (the "Motion"). (See ECF No. 292; see also Mem. in Supp. of

1

Mot. to Intervene, ECF No. 292-1.)  On July 5, 2012, the Court granted Third-Party Plaintiff the Board of County Commissioners of Shelby County, Tennessee's (the "Commissioners") motion for leave to file a third-party complaint.  (See ECF No. 290.)  The Municipalities seek to intervene to protect their interests in referenda elections scheduled for August 2, 2012.  The referenda elections address the creation of municipal school districts.  The Municipalities argue that they "have a substantial legal interest in the outcome of the case and their interests may be irrevocably impaired" if they are not permitted to intervene.  (Mem. in Supp. 3.)

For good cause shown, the Municipalities' Motion is GRANTED.  The Municipalities are permitted to intervene in the above-captioned matter and to file their response to the Commissioners' request for injunctive relief.

So ordered this 9th day of July, 2012.

                                        s/ Samuel H. Mays, Jr._____
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE