```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| **BOARD OF EDUCATION OF SHELBY COUNTY, TENNESSEE, et al.,** )<br>)<br>     Plaintiff/Counter-<br>Defendant,   )<br>)<br>v.   )<br>)<br>**MEMPHIS CITY BOARD OF EDUCATION, et al.,**   )<br>)<br>     Defendants.   ) | No. 11-2101 |

```
THE BOARD OF COUNTY                )
COMMISSIONERS OF SHELBY            )
COUNTY, TENNESSEE,                 )
                                   )
    Third-Party Plaintiff,         )
                                   )
v.                                 )
                                   )
ROBERT E. COOPER, JR., et al.,     )
                                   )
                                   )
    Third-Party Defendants.        )
```

**ORDER GRANTING MOTIONS TO JOIN THIRD-PARTY COMPLAINT**

Before the Court are the City of Memphis and the Memphis City Council's July 11, 2012 motions (the "Motions") to join the third-party complaint filed by the Board of County Commissioners of Shelby County, Tennessee. (See ECF No. 295; see also, ECF No. 296.)

1

For good cause shown, the Motions are GRANTED.

So ordered this 11th day of July, 2012.

                                               s/ Samuel H. Mays, Jr.\_\_\_\_\_
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE