IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF SHELBY COUNTY, TENNESSEE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 11-2101 ) |
| MEMPHIS CITY BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

On September 28, 2011, the Court entered an order adopting and ordering the implementation of a Consent Decree in this case. (ECF No. 262.)

The Consent Decree provides, among other things, that the Board of County Commissioners of Shelby County, Tennessee (the "Shelby County Commission"), shall determine the boundaries of seven (7) districts, each to be represented by one (1) member of the Board of Education of Shelby County, Tennessee. The boundaries of each district are to be based on the 2010 United States Census, and the districts are to be of substantially equal population.

The parties and the Court agreed that the seven districts submitted by the Shelby County Commission before the entry of

1

the Consent Decree were acceptable. The Court reserved final approval until it had received and considered a complete list of the precincts to be included in each district.

Pursuant to the Consent Decree, on March 15, 2012, the Shelby County Commission filed a motion for approval of a redistricting map for the seven districts. (ECF No. 286.) No party has opposed the motion.

On April 4, 2012, the Shelby County Commission filed evidentiary material in support of its motion. (ECF No. 287.) That material includes the approving resolutions, a map of the districts, and a list of the precincts assigned to each district.

The redistricting map, showing the geographic boundaries of the districts, is attached to this order as Exhibit "A" and the precinct list is attached as Exhibit "B".

Both the map and the precinct list are identical in all material respects to the district boundaries contemplated by the Consent Decree. The principal change is the renumbering of the districts. The districts are of substantially equal population.

Therefore, the Shelby County Commission's motion is GRANTED, and the districts described in Exhibits "A" and "B" are APPROVED.

So ordered this 13th day of July, 2012.

                    s/ Samuel H. Mays, Jr._____
                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE