IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF SHELBY COUNTY, TENNESSEE, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 11-2101 ) |
| MEMPHIS CITY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION TO INTERVENE**

On February 25, 2013, Memphis Publishing Company, the publisher of a newspaper, filed a motion to intervene for certain limited purposes. (Mot. to Intervene, ECF No. 488.) Assuming, without deciding, that intervention would be proper, the motion is DENIED.

To the extent the movant seeks to attend the status conference with counsel for the parties on February 25, 2013, the conference has concluded. Because there is no possibility of access, the motion is DENIED as moot.

To the extent the movant seeks access to future proceedings, no such proceedings have been scheduled. The Court cannot speculate about the nature of any future proceedings or

1

the circumstances that might require them.  Courts cannot decide hypothetical questions or render advisory opinions.  The motion insofar as it addresses future proceedings is DENIED.

To the extent the movant seeks a transcript of the status conference held on Feburary 25, the transcript is a public record.  It has not been sealed and is available on application to the court reporter in the ordinary course of business.  No motion is required.  The motion insofar as it addresses access to the transcript is DENIED as moot.

No hearing is necessary.

So ordered this 26th day of February, 2013.

                                        s/ Samuel H. Mays, Jr._____
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE