IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **BOARD OF EDUCATION OF SHELBY COUNTY, TENNESSEE, et al.,** ) ) ) ) Plaintiffs, ) ) v. ) ) **MEMPHIS CITY BOARD OF EDUCATION, et al.,** ) ) ) ) Defendants. ) | No. 11-2101 |

## ORDER

The motion to intervene dated March 1, 2013 (ECF No. 495) is DENIED.

So ordered this 1st day of March, 2013.

s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE